# ATTACHMENT 4

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

```
* * * * * * * * * * * * * * *
RAYMOND KNIGHT, RANDALL       *
HERNANDEZ, CARNELL WILLIAMS,* CASE NO:
CARTRELL WILLIAMS, and        *  5:21-CV-03568-SMH-CBW
GERALD SANDERS                *
VERSUS                        * DISTRICT JUDGE:
FLOWERS FOODS, INC            *  S. MAURICE HICKS, JR.
and FLOWERS BAKING COMPANY    *
OF TYLER, LLC                 * MAGISTRATE JUDGE:
* * * * * * * * * * * * * * *   CAROL B. WHITEHURST
```

The deposition of Cartrell Williams taken in

connection with the captioned cause, remotely

from Caddo Parish, State of Louisiana, pursuant

to the following stipulation before Melissa J.

David, Certified Court Reporter, reporting

remotely from East Baton Rouge, State of

Louisiana on the 1st day of March,  2023,

beginning at 10:23 a.m.

Reported by:

Melissa J. David
Certified Court Reporter

CARTRELL WILLIAMS

03/01/2023

Page 25

| | | |
|---|---|---|
| 1 | | that it doesn't matter.  I'm not a salesman |
| 2 | | because no matter what I sell, it does not make |
| 3 | | my check.  Whoever set the price does.  Is that |
| 4 | | a clear answer? |
| 5 | Q. | Well, my specific question was:  Have you always |
| 6 | | tried to be the best salesman you can be?  You |
| 7 | | said in this deposition that you text with your |
| 8 | | brother about being the best salesman you can |
| 9 | | be.  Have you always tried to be the best |
| 10 | | salesman you can be? |
| 11 | A. | From 15 years old, working at Super One to just |
| 12 | | today currently, I've done my best to be the |
| 13 | | best employee/salesman or whatever it takes.  I |
| 14 | | was under the impression that I could be the |
| 15 | | best salesman at Flowers when I was hired. |
| 16 | Q. | Okay.  And do you believe you've done all that |
| 17 | | you can to be the best salesman? |
| 18 | A. | I've did all I can to deliver bread to stores |
| 19 | | and sell products.  But today I recognize that a |
| 20 | | salesman deal with sales.  A salesman deal |
| 21 | | specifically with sales.  So, me and my brother, |
| 22 | | since I've been 15 years old, have dealt in |
| 23 | | sales.  But here, working at Flowers Baking |
| 24 | | Company delivering bread for Flowers, how much |
| 25 | | bread you sell does not determine -- that's what |

CARTRELL WILLIAMS

```
 1           let Patrick go to Flowers.  He was the one
 2           selling it.  So, I didn't go to Flowers about
 3           anything.  I showed up to sign.
 4      Q.   And do you remember bringing a check from your
 5           own money to pay for that half of the route?
 6      A.   Right.  What I did is I got a check, and I gave
 7           it to Patrick personally.
 8      Q.   Okay.  Do you remember the amount of that check?
 9      A.   No, I don't.  I don't remember the specific
10           amount.  I'm sure if I had, I could go look it
11           up, but it's been years ago.
12      Q.   Okay.  Do you remember the approximate year when
13           this transaction happened?
14      A.   I'm not sure.  I know it's been years ago.  It
15           was when Patrick left, whenever Patrick left.
16           Whenever he left.
17      Q.   Okay.  I'll show you -- you purchased or sold
18           portions of territories on other occasions,
19           right?
20      A.   In the past?  Yes, I have.
21      Q.   Okay. Let's go through some documents, because I
22           don't want you to have to guess either.  I'll
23           try to make it easy for you if I can here.
24           Okay.  Do you recognize this document, Mr.
25           Williams?  It's a purchase agreement and release
```

 1          July 9 of 2012?

 2    A.    No, if -- no, I don't.  But to add on a little

 3          bit more to that question, if this is the first

 4          one that I did, which I think it is to agree

 5          with you, what I did in this specific case was I

 6          told Bill, that I wanted to stop going so far

 7          away.  And he told me I was getting one or two

 8          stores, but I ended up getting way more than

 9          what I thought I was getting.  But anyway, I

10          think that's the agreement.  I think that's the

11          one.

12    Q.    Okay.  So, you bought more distribution rights

13          to avoid going so far away?  Did you sell

14          portions of your territory at that time as well?

15    A.    I did.  If it is, all I see is just a dollar

16          amount, so I don't see names of stores.  So, I'm

17          not 100 percent sure.  All I see is a dollar

18          amount.  But if there is a specific time, yes, I

19          bought some and I sold some.

20    Q.    Okay.  And that was your decision?

21    A.    It was my decision to sell a portion of my

22          territory and get Albertsons.  You know, I

23          didn't know it was going to be so much that came

24          with it.

25    Q.    Okay.  And why did you want to get Albertsons?

CARTRELL WILLIAMS

03/01/2023

Page 63

```
 1         you're an employee; is that right?
 2   A.    Yes, ma'am.
 3   Q.    Okay.  So, you believe that, correct?
 4   A.    Yes, ma'am.
 5   Q.    Okay.  I'm going to show you what we're going to
 6         mark as "Exhibit 8".
 7             MADAM COURT REPORTER:
 8                 It's going to be "7", Ms. Santen.
 9             MS. SANTEN:
10                 Oh, okay.  Seven.  Sorry.
11             MADAM COURT REPORTER:
12                 Yes, ma'am.
13                     (Exhibit Number Exhibit 7 was
14                     marked for identification
15                     purposes.)
16   BY MS. SANTEN:
17   Q.    Okay.  We'll mark this "Exhibit 7".  Mr.
18         Williams, do you recognize this document?  This
19         is something that you produced to your lawyer
20         and they produced to us in this litigation.
21   A.    Mm-hm.
22   Q.    Okay.  Do you recognize this?
23   A.    Yes, ma'am.
24   Q.    Is this your signature?
25   A.    Yes, ma'am.
```

CARTRELL WILLIAMS

03/01/2023

Page 64

```
 1   Q.   Okay.  Good.  So, you signed this on April 28,
 2        2020, and this is the document that you produced
 3        to your lawyers; is that right?
 4   A.   Yes, ma'am.
 5   Q.   Okay.  What is your understanding of what this
 6        document is?
 7   A.   It's a Paycheck Protection Program.
 8   Q.   Okay.  And what is your understanding of what
 9        that is?
10   A.   That is when a company, or even a statutory
11        employee, files for relief through the
12        government, because as a statutory employee,
13        he's treated as a owner and as a employee.
14   Q.   Okay.  So, let's go through this.  Check one,
15        you only get a few different options here:  Sole
16        Proprietor Partnership, C Corp, S Corp, LLC,
17        Independent Contractor, Eligible, Self Employed
18        Individual.  And you checked independent
19        contractor; is that right?
20   A.   I didn't fill this out, you know, completely by
21        myself.  I think it was a banker.  And I told
22        him what I was under, the statutory employee in
23        my contract, and he told me that it would go on
24        the independent contractor.
25   Q.   Okay.  But you submitted this, right?  You
```

CARTRELL WILLIAMS

```
 1            reviewed it before you signed it?
 2    A.    Mm-hm.
 3    Q.    Okay.  Let's go to the certifications.  It says,
 4            I've read the statements in this form and I
 5            understand them; do you see that?
 6    A.    Yes, ma'am.
 7    Q.    Okay.  Then it says, the applicant is eligible
 8            to receive a loan under the rules and effect at
 9            the time this application is submitted; do you
10            see that?
11    A.    Mm-hm, second bullet point.
12    Q.    And by signing you're certifying all these
13            things.  You are certifying all these things
14            because you signed it, right?
15    A.    Yes, ma'am.
16    Q.    The third one says, the applicant is an
17            independent contractor, eligible, self employed
18            individual, sole proprietor, or employees no
19            more than the greater of 500 employees; do you
20            see that?
21    A.    Mm-hm.
22    Q.    So, by signing it, you certified that, correct?
23    A.    Yes, ma'am, that I am a statutory employee.
24    Q.    This says the applicant is an independent
25            contractor, self employed individual, or sole
```

CARTRELL WILLIAMS

```
 1              proprietor.  You certified that by signing it,
 2              correct?
 3    A.        So, a statutory employee is an independent
 4              contractor?
 5    Q.        Where does it say statutory employee?  Here it
 6              says independent contractor, correct?
 7    A.        I was just asking.
 8    Q.        No, I'm asking you.  You signed this certifying
 9              that you were an independent contractor,
10              correct?
11    A.        Right, based on my knowledge.
12    Q.        Okay.  Thank you.
13    A.        Based on my knowledge as a statutory employee.
14    Q.        Okay.  But you certified you're an independent
15              contractor.  Then here you say the applicant was
16              in operation and had employees, or paid
17              independent contractors.  You initialed that,
18              correct?
19    A.        Yes, ma'am, mm-hm.
20    Q.        Okay.  Then down here, I further certify that
21              the information provided in this application and
22              information provided in all supporting documents
23              is true and accurate in all material respects;
24              and you initialed that, correct?
25    A.        Mm-hm, yes, ma'am.
```

1   Q.   Then it says, I understand that knowingly making

2        a false statement to obtain a guaranteed loan

3        from SBA or Small Business Administration is

4        punishable under the law.  Do you see that?

5   A.   I see that.

6   Q.   And you understood that, correct?

7   A.   Mm-hm.

8   Q.   Okay.  And then you signed it, correct?

9   A.   Mm-hm.

10  Q.   What did you get this loan for?

11  A.   Because of I fit in to -- from what the

12       banker -- with the documents I gave a banker to

13       being eligible for it.  I told him that I was a

14       statutory employee.  He told me that the

15       statutory employee fits under the independent

16       contractor.  He said that when I filed my taxes,

17       they send in information -- I called the CPA.

18       They said what -- they send in a note.  They

19       file it and send it in a note as a statutory

20       employee.

21  Q.   But you agree that you read this and by signing

22       it, you made these certifications, correct?

23  A.   Right.  I completely agree that when I signed

24       it, I thought that the statutory employee fits

25       the independent contractor from this document.

CARTRELL WILLIAMS

1  Q.  Okay.  But you certified you were an independent

2      contractor, because you made these

3      certifications, correct?  Yes or no?

4  A.  Right.  When I signed that, I was told the

5      independent contractor fits the statutory

6      employee.

7  Q.  But you personally signed it, and it said that

8      you were certifying you were an independent

9      contractor, yes; correct?

10 A.  I was under the impression that the statutory

11     employee fits the independent contractor.

12 Q.  Okay.  But you signed this document, which we've

13     established.  What did you use this money for?

14 A.  I'm not really sure.  I think majority of the

15     money I didn't use.  I think I put in a savings.

16 Q.  Did you pay it back?

17 A.  I'm not completely sure.  I think it was

18     forgiven.  I think it was forgiven.

19 Q.  What did you apply for this money for?  What

20     were you wanting to use it for?

21 A.  When I applied for the money, I didn't

22     necessarily have anything in mind, you know.  I

23     was told by the banker to send my documents in,

24     see if I fit for it.  And I didn't necessarily

25     have anything in mind when I got it.

1    Q.    Okay.  So, you didn't necessarily have in mind

2          that you were going to use it for your

3          distributorship business?

4    A.    No, I didn't have it in mind.  I didn't have it

5          in mind per se, no.

6    Q.    Okay.  What is the name of your banker?

7    A.    Irvin Williams.  This is my brother.

8    Q.    Okay.  And do you still have this money?  I

9          wasn't clear on what your response was there.

10   A.    I think that I put it in a -- I think it was a

11         IRA.  Yes, ma'am, I still have it.  I'm sure I

12         still have it.

13   Q.    Okay.  What was your understanding of what this

14         had to be used for?

15   A.    Oh, oh, oh.  No, no, no.  This has to be used

16         for stuff that pertains to your business, right?

17   Q.    I'm asking you.  You just said that you didn't

18         have that in mind when you applied for the loan.

19   A.    Right.  I'm trying to remember the specifics of

20         this.  The Paycheck Protection had to be -- I'm

21         really not sure.  Let me say that now, because

22         it was in 2020, right?

23   Q.    Mm-hm.

24   A.    Three years ago.  And if it had to be used

25         towards the business, I think I paid off my

CARTRELL WILLIAMS

```
 1           route with that.
 2    Q.     Okay.  You said earlier, though, you didn't have
 3           your distributorship business in mind when you
 4           applied for this money.
 5    A.     I'm not completely sure.  With it being so long
 6           ago, I'm not completely 100 percent sure what I
 7           had in mind, what I was thinking when I filled
 8           it out.  It's been so long ago.
 9    Q.     Okay.  Do you have -- do you recall how much
10           money you received?
11    A.     I'm not sure.  If I'm going to be 100 percent
12           accurate, let me talk about exactly what I'm 100
13           percent sure about.
14    Q.     Okay.
15               MS. SANTEN:
16                   We've been going about two hours.
17           Let's have about a ten-minute break, if
18           that's okay with you, Mr. Williams.  And
19           then we'll come back.
20               THE WITNESS:
21                   Okay.
22               VIDEOGRAPHER:
23                   We are off the record at 11:43 a.m.
24           This is the end of file number one.
25                   (Whereupon, a break commenced.)
```

1        refer back to the planogram of what was agreed

2        upon between those two accounts, between Flowers

3        and the account.

4    Q.  But the planogram is shelf space and display is

5        separate space, correct?

6    A.  Yes, ma'am.  They also have a planogram for

7        displays.

8    Q.  Okay.  What accounts would you ask the manager

9        for displays in?

10   A.  I normally ask in all the accounts.  In my

11       accounts -- or I tried to, the best of my

12       knowledge, I tried to get with them and see what

13       they want to, you know, try to agree upon.  But

14       often they kind of go back to, you know, some

15       will, some will just say put it up, but mostly

16       they kind of go based on what the planogram says

17       is, where they tell you to put the planogram at.

18   Q.  How many times were you able to get displays in

19       your accounts?

20   A.  I'm not sure.  Over so many years.  You know

21       what I mean?  It's a yes and no.  You know, I

22       mean, it depends on the person.  So, I'm not

23       sure.

24   Q.  What's the purpose Of asking for displays?

25   A.  The purpose of asking for displays to me is

CARTRELL WILLIAMS

03/01/2023
Page 84

```
 1            because Flowers told me that displays is good to
 2            bring notoriety to your loaf of bread.  And when
 3            you bring notoriety, hopefully more people will
 4            buy it, more people grab it.  So, you have more
 5            people come in and know your product.  They will
 6            buy more of your product and things like that, a
 7            more Flowers product, actually, you know.  So,
 8            but it's only determined by the price will you
 9            increase sales or not.
10    Q.     But if you get displays and there's more product
11            in the store, you get more money from that,
12            right?
13    A.     Well, it depends.  So, let me give you an
14            example.  If the bread costs one dollars, then
15            no, you know, because you only have so many
16            people that come through the store.  So, if the
17            bread is marked down, then you may not get more
18            money.  It depends on the price.  If the bread
19            is $10, then maybe so, but pricing determines
20            profit and loss.
21    Q.     So, do you ask for end caps in any of your
22            accounts?
23    A.     Not really, no.  Well, I'm not going to say I
24            never have.  I'm sure through the course of 13
25            years, 12-13 years-a-half, but I have no
```

```
 1            knowledge of anything anytime recent.  But I
 2            talked to the managers, I try to talk to them,
 3            be nice and polite, you know.  So, to answer
 4            that question I'm sure I have.  I don't know
 5            when.
 6       Q.   Okay.  Have you ever solicited new accounts?
 7       A.   Solicited new accounts.  Went into and get new
 8            accounts?
 9       Q.   Mm-hm.
10       A.   To get new accounts?  Several times.  In fact,
11            majority of the times, though, I was told to go
12            there.  When Holsum went out of business, I was
13            told to go to several accounts that the Holsum
14            company had and try to sell them bread.
15       Q.   And because those accounts were in your
16            territory, right, you didn't have to pay any
17            more money to service those accounts, right?
18       A.   I didn't have to pay any money to service those
19            accounts, no.  If I got those accounts, right.
20       Q.   Okay.  Were you able to get those accounts?
21       A.   No, not all the time.  I mean, frequently when
22            Flowers would call and tell me to do it, then I
23            would kind of get them, you know, because I
24            guess they already talked to them.  You know, so
25            they was kind of expecting me.
```

```
 1    A.   Sean kind of does similar to what Tim Herring
 2         does.  And he -- because they work at the same
 3         job.  So, they get off work in the morning time,
 4         sometimes eight, nine, depending on how much
 5         work they have, and they jump on the truck and
 6         finish.  Sometimes they just run one stop
 7         sometimes.  So, they depend on what time they
 8         get there, depending on how much they do.  So,
 9         that's kind of what Sean does.
10    Q.   How much do you pay him?
11    A.   Very similar to Timothy Herring -- Harrington.
12         So, similar to Timothy Harrington (spelled
13         phonetically).
14    Q.   Okay.  And how often does he work for you?
15    A.   He works for me every so often.  Less than
16         Timothy, though.  Less than Timothy Harrington.
17    Q.   Okay.  Do you determine what to pay these
18         individuals?
19    A.   Normally, from what I've seen, is just a going
20         rate, you know, of what everybody else does.
21         But I determine what to pay, because I just pay
22         on what the going rate is.  You know, in other
23         words, what I see everybody else doing.
24    Q.   Did you have to get approval from Tyler before
25         you hired any of these people?
```

```
 1   A.    I didn't have to talk to Tyler about having
 2         help, no, ma'am.
 3   Q.    Have you ever hired anyone to run your route for
 4         you entirely?
 5   A.    No, ma'am.  To run it entirely like for me, like
 6         I would just -- they would run the route for me,
 7         and I'm not there?
 8   Q.    Yeah.
 9   A.    So, I would have a person run maybe like two or
10         three days, you know.  And -- but I never just
11         had them run it for me, and I'm gone, you know,
12         forever or gone more than -- you know what I
13         mean.
14   Q.    So, you've had someone run it for you for two or
15         three days at a time though, right?
16   A.    Yeah, I had somebody run it.  It was Timothy
17         Sanders.
18   Q.    Okay.  How long have you had people do that, run
19         it for a day or a few days?
20   A.    Not often.  Very, very, very, very rare.
21   Q.    But that's something you could do if you wanted
22         to, right?
23   A.    You could.  I mean, I think that it's frowned
24         upon, but you could.  I don't, you know -- so,
25         yes, ma'am, to answer that the question.  Yes,
```

 1              deviate and all that product stales out, I have
 2              seen where they will say they charge you back to
 3              stale, because you change the adjusted order.
 4    Q.        Have you ever been charged back because you
 5              changed a suggested order?
 6    A.        I can't remember, honestly.  I do remember them
 7              getting on me about it.  I don't know if they
 8              charged me back or not.  They told me that I
 9              ordered way more than what the suggestive order
10              said.
11    Q.        Okay.  So, the suggested orders are for specific
12              customers, right?
13    A.        Yes, ma'am.  The adjusted orders is per -- well,
14              not specific customers.  The adjusted order is
15              every customer in your handheld.  And every
16              order in your handheld and what they do is --
17              it's every order in your handheld.  Forgot my
18              line of thought.
19    Q.        You're ordering for your specific customers,
20              though, right?
21    A.        Right.  You have suggested order, and you can
22              let it go or you can order for your customers,
23              basically.
24    Q.        But if you don't touch the suggested order, it
25              orders for your customers.  That's what I'm

```
 1              getting at.
 2      A.      Right.  If you don't touch it, it's going to
 3              order.  And the adjusted order is sometimes
 4              changed by Flowers employees.
 5      Q.      Okay.  How often have you had your orders
 6              changed by Flowers employees?
 7      A.      Well, as of recently, a note has come this,
 8              like, two weeks ago, maybe three weeks.  A note
 9              has came through the handheld saying, the
10              adjusted order has been changed on the cake line
11              on the sweets.  You have been warned.  You know,
12              so, basically -- you say how often?  It happened
13              a couple of weeks ago, three weeks ago, the
14              adjusted auto on the sweets were changed.
15      Q.      What about before then?  When's another time it
16              happened?
17      A.      Sometimes they will -- when it's an ad, every
18              time it's an ad in your store, the adjusted
19              amount is changed by Flowers employee.  He goes
20              in and he adjusts order according to what he
21              thinks sells.
22      Q.      How many times does that happen to you?
23      A.      Well, every time it's an ad.  In other words,
24              you go to Brookshire's paper and Honey Wheat is
25              on sale buy one, get one.  Well, what Flowers
```

CARTRELL WILLIAMS

```
 1            does is they go in -- I think it's I want to say
 2            Mike Slaw (spelled phonetically).  I don't know
 3            if he's the one that still do it.  I think he is
 4            at Tyler.  Mike Slaw will go in and he will
 5            adjust the number to how much he feels will
 6            sell.
 7    Q.    How many times has that happened to you?
 8    A.    Well, it's done every time there's an ad.
 9    Q.    How many times has that happened?
10    A.    So, how many ads has been in Kroger?  Once a
11            week, every two weeks, I think they change the
12            ad.  When those ad changed, the numbers change
13            in the handheld to -- it goes up to suggest how
14            much they will sell.
15    Q.    Can you reject the suggested order or change it?
16    A.    You can change the number of the suggested
17            order.  If it's done sometimes in a way Flowers
18            don't like, sometimes you reprimanded, but that
19            hasn't happened in a while.
20    Q.    When was the last time you were reprimanded for
21            changing a suggested order?
22    A.    I'm not sure.  It's been -- I'm not sure.  I
23            don't want to guess.  It wasn't this year.
24    Q.    Can you think of any specific instance when that
25            happened and when it was?
```

```
 1   Q.   Well, let me ask, how often do you make changes
 2        to the suggested order?
 3   A.   You have a suggested order, and you know, like I
 4        mentioned, some people don't touch it.  I don't
 5        do that.  I go in and I try to make some
 6        adjustments here and there, you know.  So -- but
 7        I know some guys that don't touch it.  They just
 8        ride it out.  But when I was trained, when I
 9        first came to Flowers, they told me to basically
10        order the product according to what they need.
11        So -- and they told me to pretty much get a set
12        order and go by that.  So, I'm just going based
13        on how I was trained from the very beginning.
14   Q.   So, you said, order what they need.  You're
15        talking about your customers, right, order what
16        your customers need?
17   A.   Well, basically what they would tell me to do
18        is, as one guy mentioned -- and he trained me
19        this way -- he had a route book, and he just
20        based it off his route book.  But later on down
21        the line, Flowers came up with a suggestive
22        order suggesting basically what they would sell.
23   Q.   How often do you -- I don't want to hear about
24        anyone else -- how often do you make changes to
25        the suggested order?
```

CARTRELL WILLIAMS

```
 1            much it done.  All I did was start it for him,
 2            and he just ran out with.  So, I did own a
 3            business that I had nothing to do with.
 4    Q.      Okay.  Did you pay money?  Did you, like, help
 5            him pay for the business?
 6    A.      I did absolutely, positively nothing.  I can't
 7            file my own taxes.  I need help with taxes.  I
 8            don't know.
 9    Q.      I do, too, so I get it.  But I'll ask you about
10            the taxes in a minute.  I won't ask to go off
11            the cuff.  Any other outside work that you had
12            any time during the time you were a distributor?
13    A.      Not to my knowledge.  Not that I can remember.
14    Q.      Okay.  Did you advertise your distributorship at
15            all?
16    A.      Not that I know of.
17    Q.      Okay.  What was your understanding of how you'd
18            get paid as a distributor?
19    A.      When you say get paid, you mean like my check
20            every week?
21    Q.      How you make money.  How you make money.
22    A.      My understanding was if I keep the shelves
23            full -- so, let me answer the question in whole.
24            When I first came on, I was told, you know, it's
25            my business.  You know, that if I sell a lot,
```

```
 1            then I can make money.  When I come to find out
 2            to date that price matters, price allowance
 3            matters, those things control how much I make.
 4            So, that changed over time.  But, so, to answer
 5            your question, what is my understanding of how
 6            much I make?  I put bread on the shelf, and if
 7            the price is right, I can make money.
 8   Q.       Do you buy the product from Tyler?
 9   A.       Yes, ma'am.  My understanding is I buy the
10            product off the dock at a price that Flowers
11            set, and I sell the bread at the price Flowers
12            set.
13   Q.       Okay.  And then what you take home at the end of
14            the day is the difference between those two less
15            your business expenses, right?
16   A.       Right.  What I take home is the difference based
17            on how much Flowers charged me, and how much
18            Flowers set the price at the store.
19   Q.       Okay.  All right.  So, it's the difference
20            between the price you purchased products for,
21            price it sold for, less your expenses?
22   A.       Right.  Basically, it's a difference between how
23            much Flowers decide to charge me in the morning,
24            and how much Flowers decide to sell it for.
25            It's that difference.  Yes, ma'am.
```

CARTRELL WILLIAMS

```
 1   A.   Right.  With Dave Killer Bread, I try to stick
 2        around the suggested order, but I do -- Dave
 3        Killer Bread pops up almost daily.
 4   Q.   Okay.  What about Nature's Own, do you regularly
 5        order Nature's Own for your customers?
 6   A.   Yes, ma'am.
 7   Q.   What about Cobblestone Mill?  Do you regularly
 8        order Cobblestone Mill for your customers?
 9   A.   Yes, ma'am.
10   Q.   Okay.  Do you know what happens to the product
11        orders after you place them?
12   A.   Can you elaborate on that?  Like, do I know the
13        bakery side of it?  Is that what you asking?
14   Q.   Yeah.  Do you know what bakery it goes to, what
15        happens to it after it's placed in your
16        handheld?
17   A.   I know a small bit.  You know, I don't know the
18        complete details.  I've toured the bakery, so I
19        know, like, the basics of it going to, you know
20        certain items, going to different bakeries.
21   Q.   Okay.  And is it your understanding that some of
22        those bakeries are out of state?
23   A.   I know Tyler is out of state.  I don't know what
24        every bakery is, you know, but I know what Tyler
25        is.
```

1    Q.   Do you know how that ordering process works?  I

2         mean, after you press the order in the handheld

3         computer, how it works, what happens?

4    A.   All I know is that they get it, and if Tyler

5         bakes those loaves, then they bake them.

6    Q.   Do you have any personal knowledge of how the

7         shipping process works?

8    A.   I know that they have SNL to deliver their

9         products.  I know that SNL picks up from

10        different bakeries and kind of take it back and

11        forth, and eventually.  It gets here, it gets to

12        the warehouse.

13   Q.   Do you have any personal knowledge of how many

14        products are shipped together?

15   A.   I honestly thought it varied.  I thought it

16        varied based on what got to the Tyler first.

17   Q.   Do you have any personal knowledge of what the

18        producing bakery knows about where the product

19        is ultimately going to go?

20   A.   What the producing bakery knows about where the

21        product going?  I have no idea.  I'm not sure.

22        I haven't really -- no, ma'am.  Do I know -- do

23        the ones that produce the bread if they know

24        where it's going, I would assume they would.  I

25        would hope.  I don't know how that works.  I'm

```
 1              not sure.
 2    Q.   Okay.  So, you don't know how that process
 3         works.  That's all I'm getting at.
 4    A.   Right.  I don't know how it completely works.  I
 5         have a small amount of knowledge about that
 6         process.
 7    Q.   Okay.  So, just tell me your small amount of
 8         knowledge so I understand what you know about
 9         it.
10    A.   The bakery gets your order.  Depending on if --
11         Tyler bakes Butterbread, you know.  Tyler bakes,
12         I think Giant.  So, Tyler baked the Giant that's
13         ordered, and another bakery may bake some of the
14         other products.  They bake them and they try to
15         send them as fast as possible to the warehouse.
16         You know, I think they have some form of a
17         logistics.  I think I talked to Ray about it,
18         and he was saying something about they have some
19         form of a logistics of where they come to Tyler
20         and then come to us, I think.
21    Q.   Okay.  Tell me about, let's start in 2012
22         because this lawsuit goes back a ways.  Tell me
23         about on a Monday when you would get to the
24         bakery and what your routine was on a Monday in
25         2012.
```

```
 1   A.   On a Monday, 2012.  Man, I give you the best I
 2        can, right.  So, I started in Shreveport.  I
 3        would drive to Shreveport.  I would get there
 4        and I would separate the bread.  I would put it
 5        on the truck, and deliver it to the store.  So,
 6        that half of that day.
 7   Q.   And what time would you get there on a Monday in
 8        2012?
 9   A.   I have no idea.  I like to think I got there
10        pretty early.
11   Q.   Okay.  What time would you finish in Monday in
12        2012?
13   A.   You know, I'm not completely sure.  If I had to
14        give my best knowledge, it'll probably be around
15        maybe twelve.
16   Q.   Okay.  What about a Tuesday?  What time would
17        you get there on a Tuesday in 2012?
18   A.   Around the same time in the morning, early.  You
19        know, I was getting around about maybe 2:00 in
20        the morning and I would probably wrap up -- and
21        this goes for like almost every day as far as
22        2012.  I'll probably start around get there
23        around 2:00, and I'll probably wrap it up
24        around -- I don't know.  I'm not 100 percent
25        sure.  I'm just guessing.  I'm just throwing
```

```
 1   Q.   But you're not completely sure what hours you
 2        worked each day?
 3   A.   No, ma'am, I'm not completely sure.  I just know
 4        that I give it a good go.
 5   Q.   So, you're not completely sure how many hours
 6        you worked each week in 2012 either, correct?
 7   A.   At this day and time, no, ma'am.  I'm not
 8        completely sure.
 9   Q.   All right.  What could refresh your recollection
10        on that?
11   A.   Maybe if you had a document that showed it I
12        could see it, and I could say, ugh.  Just be
13        honest about it, but at this point in time, not
14        completely sure, you know.
15   Q.   Are you aware of any document that would refresh
16        your recollection?
17   A.   Not to my -- I mean, not to my knowledge.
18   Q.   Sorry.  Go ahead.
19   A.   I don't remember any document, but, you know,
20        I've been around for a while.
21   Q.   Go ahead.
22   A.   That's my knowledge.  I kind of try to remember
23        but.
24   Q.   What about 2013, do you remember what hours you
25        would work on a Monday?
```

CARTRELL WILLIAMS

```
 1    A.   Maybe if I had -- I'm not sure.  If I had down,
 2         you know, some documents in front of me that
 3         told me exactly, you know, some of the stores I
 4         made -- I'm not completely sure, you know,
 5         because I want to be accurate, so I'm not sure.
 6    Q.   What about Tuesday, do you know what hours you
 7         would work on a Tuesday in 2013?
 8    A.   I'm not completely sure about -- do you just
 9         want me to say I'm not completely sure about all
10         those days?  Because I would just need a little
11         more information, you know.
12    Q.   Well, you are asserting that you are entitled to
13         damages based on hours worked each week, so I'm
14         trying to figure out how many hours you worked
15         each week each of these years.
16    A.   Oh, yeah, I firmly understand.  I just want to
17         be accurate when I give you some information.
18    Q.   Well, I need to understand it so we know how
19         many hours you worked.  Can you give me an
20         estimate of hours worked on Wednesday in 2013?
21    A.   I'm not sure.  I know that Wednesday will be
22         lower than -- it's a pull up day.  So, you know,
23         than a busier day, but I'm not completely sure.
24         I would have to, you know, have more
25         information, you know.  So, I'm not completely
```

```
 1              sure.  I wish I could give you more, you know.

 2     Q.    Can you give me how many hours you would work

 3              per week in 2013 on average?

 4     A.    I'm not completely sure.

 5     Q.    What about 2014, can you give me the hours you

 6              would work per week in 2014?

 7     A.    No, ma'am.  I'm not completely sure.

 8     Q.    Okay.  What about 2015, can you give me the

 9              hours you would work per week in 2015?

10     A.    No, ma'am.  I just need more information.  I'm

11              not completely sure.

12     Q.    What other information would you need to figure

13              that out?

14     A.    I would need, like, to know the stops I'm

15              making.  I would need to know who's the

16              warehouse manager.  I would need to know exactly

17              what's going on in the run of a day to be more

18              accurate, you know.  I mean --

19     Q.    What about 2016, can you give me how many hours

20              per week you were working in 2016?

21     A.    I'm not completely sure.  I think that was the

22              year the Holsum bread company shut down, but I'm

23              not sure even if it was 2016.  So, I think it

24              is, and it was crazy.  So, I'm not completely

25              sure.
```

```
 1    Q.   Okay.  What about 2017, can you give me the

 2         number of hours per week you were working in

 3         2017?

 4    A.   I'm not entirely sure.

 5    Q.   Okay.  Can you give me the hours you would work

 6         any particular day in 2017?

 7    A.   I'm not completely sure.

 8    Q.   What about 2018, can you give me the hours you

 9         would work on any particular day in 2018?

10    A.   No, I'm not completely sure.

11    Q.   And you couldn't give me the number of hours per

12         week you were working in 2018?

13    A.   No, ma'am.  I'm not completely sure not without

14         further documents.

15    Q.   What about 2019?  Can you give me the number of

16         hours you worked on any day in 2019?

17    A.   I'm not completely sure.  I'm not completely

18         sure.

19    Q.   Can you give me the number of hours you work per

20         week in 2019?

21    A.   I'm not completely sure.

22    Q.   For 2020 and '21, are the responses going to be

23         the same that you're not completely sure the

24         hours you work any one day or any week?

25    A.   In 2020 and 2021 with COVID, man, you know.  I'm
```

```
 1            not completely sure.  With that year I don't
 2            think anybody is completely sure.  So, I'm not
 3            completely sure about -- the day in was
 4            interrupt for everybody.  I'm not completely
 5            sure, you know, exactly.
 6    Q.      Okay.  So, not completely sure of number of
 7            hours the week you would have worked in 2020 or
 8            2021?
 9    A.      No, ma'am, I'm not completely sure.
10    Q.      Okay.  What about 2022, do you know what hours
11            you worked on any particular day in 2022?
12    A.      2022 I can be more, you know, a better
13            assessment, but I don't want to guess.  I don't
14            want to guess, because I'm under oath.  I want
15            to be completely truthful, so I'm not completely
16            sure of 2022.
17    Q.      Okay.  What about 2023?
18    A.      I can give you the hours that I work this week.
19    Q.      Okay.  Let's go for it.  That'd be fine.
20    A.      Yeah.  So, this week, Monday, I got up at I
21            think it was around 4:00, and I started to work
22            on my handheld on Monday morning.
23    Q.      Okay.
24    A.      And then so I got to the warehouse, and I
25            finished up my handheld in the morning --
```

1    A.    No, ma'am, I don't have that written down.

2    Q.    Okay.

3    A.    I wish I did.

4    Q.    Let's talk about did you have it written down

5          when you provided those numbers to your lawyers?

6    A.    I'm not sure.  I just knew I had time to do some

7          research.  I had time to assess the situation.

8          I had time to assess all situations.  At our

9          particular warehouse, it has changed sales

10         manager four times.

11   Q.    Do you know what has happened between 2012 and

12         2013 in the present that resulted in your hours

13         cutting in half?

14   A.    I can look.  What I think happened, to the best

15         of my knowledge, I think what happened in 2013,

16         around that time, I'm not sure.  I think

17         Albertsons shut down.  The company of Albertsons

18         shut down, a major account.  The accounts for a

19         pullup that accounts for multiple deliveries

20         that count for many things.  So, that would

21         drastically cut back hours.

22   Q.    Okay.  Did any of your accounts have customer

23         service windows?

24   A.    When I would go to the account and talk to them,

25         they were okay with whatever time.  As of

CARTRELL WILLIAMS

```
 1           been times they call Brian.  It's been times
 2           they called me, so it depends.  They used to
 3           call me less.  They used to call me less, but
 4           now that my number's at the top of the ticket, I
 5           find out now they call me more frequently.
 6   Q.      Okay.  How do you determine what hours you're
 7           going to work every day?
 8   A.      How do I determine what hours I'm going to work?
 9   Q.      Yes.
10   A.      I get up in the morning, and I work until it's
11           done.
12   Q.      So, do you determine that based on the number of
13           customers you have to visit that day?
14   A.      Right.  How can I determine based on the --
15           right.  Customers matter because every time I
16           have to stop and open the truck, it takes time.
17           So, most definitely.  How many customers I have,
18           how many issues in the market I have.  I have to
19           turn around and go back.  So, all those are
20           tangibles on time, you know.  I like to be close
21           by so I can get back, because if I'm cross town,
22           I may not be able to get back.
23   Q.      Do you determine the order in which you service
24           your customers?  So, you go to this one first,
25           that one second, that one third; is that your
```

1        decision?

2    A.   Well, it is.  I think that in the beginning,

3        when I first started, it wasn't, but as I

4        mentioned, when I tried to adjust the orders in

5        which I make the stores and I didn't deliver

6        them on Saturday, you know, it's a huge deal.

7        So, as of today, you know, they have slowly

8        stopped talking about it.  In the past you got

9        to do it or you hit upside the head.

10   Q.   Okay.  Sorry.  I was thrown off by a laugh.  Let

11       me show you another document.  All right.  We're

12       going to go back to the distributor agreement

13       that we looked at before, Mr. Williams.  Is it

14       your understanding that before this can be

15       terminated, Flowers has to give you certain

16       breach of contract letters?

17   A.   You mean like a breach of contract?

18   Q.   Right, that it can't be terminated at will.

19   A.   I don't know about that, because I've seen it's

20       been times where in the past, you know, where

21       people was kind of like, terminated, Ryan

22       Swindell (spelled phonetically), Morgan.  It

23       wasn't because of, you know, they had a bill

24       they couldn't pay one of them, and so on and so

25       forth, you know.

```
 1            I know you've resigned them a couple of times
 2            over the years when the distributor agreement
 3            reads, "Develop and maximize sale of products to
 4            outlets and exercise your best efforts to
 5            maximize sale of products."  What did that mean
 6            to you initially when you first signed off on
 7            that agreement?
 8     A.     You know, when I first signed off, I thought
 9            that it was up to me and I could maximize sales.
10            I can get out there, and I can, you know, really
11            work hard.  I've always excelled at my job.  I'm
12            that kind of person.  I want to be the best, and
13            I say it all the time around everybody.  So,
14            that's what I thought.  I thought I can get
15            there and make a lot of money if I thought I can
16            get in there and just sell, sell, sell, sell,
17            sell, you know.
18     Q.     Right.
19     A.     When I first came on that was my initial
20            thought.
21     Q.     And I don't want to belabor how you see yourself
22            now, because I think you testified to that
23            already.  I do want to ask you about a couple of
24            the exhibits that are attached to this
25            deposition, particularly the Krystal Customer
```

```
 1          I think that I get up, I take bread out the
 2          dock, and I deliver it to stores.  I put it on
 3          shelves, and I make a check.  And I see it that
 4          way because of all the things I mentioned, all
 5          the things that are out of my control.  If I had
 6          more control, then I probably would perceive it
 7          different.  But, you know, I perceive it that
 8          way because the lack of control and the
 9          direction of how to get things.  So, I'm
10          directed on what to do.
11     BY MR. GOUDELOCKE:
12     Q.   What is your personal vehicle that you
13          referenced using to service your route, make and
14          model?
15     A.   Right, today, my -- of course, I have several
16          vehicles -- but today I drive, sometime, a Honda
17          Civic.
18     Q.   Okay.  Have you ever used a personal vehicle to
19          service your route that weighed more than 10,000
20          pounds to your knowledge?
21     A.   Not to my recollection.
22     Q.   Let's see.  You were asked some real specific
23          questions about use of your personal vehicle to
24          carry product as long ago as 2012, 2013, 2014,
25          2015.  To the best of your knowledge, have you
```